| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 410-2023-06389 |
| | | and EEOC |

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Dan Capel | (801) 655-3732 | 10-14-1977 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4583 Wingfield Way, Flowery Branch, GA 30542 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| FullStory | Over 500 | (678) 337-1868 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1745 Peachtree Rd NW, Suite G, Atlanta, GA 30309 | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

Received 4/6/2023 ATDO

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 1-23-23   Latest: Present
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

FullStory has retaliated against Mr. Capel because of his participation in a complaint of discrimination and in the EEOC's investigation and mediation of his previous EEOC charge and because of his opposition to FullStory's discrimination by making false and misleading negative statements about him to his new employer, attempting to interfere with his new employment, making oppressive requests to Mr. Capel through his attorney related to his Employment Covenants Agreement, and threatening baseless litigation against Mr. Capel.

Within a few hours after an unsuccessful mediation before the EEOC on January 23, 2023, between Dan Capel (the Charging Party in this Charge and in a previously filed charge: 410-2022-09146, for which a Notice of Right to Sue was issued on March 8, 2023) and FullStory, FullStory began its retaliation against Mr. Capel for continuing his Title VII claims: including taking the following actions:

1. By letter on January 23, 2023, FullStory told Mr. Capel's new employer that Mr. Capel was in violation of state and federal statutes, which he was not.

**EXHIBIT 3**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| April 6, 2023      _____ Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☐ EEOC | |
| | and EEOC |

*State or local Agency, if any*

THE PARTICULARS ARE *(if additional paper is needed, attach extra sheet(s))*:

2. By letter dated January 23, 2023, FullStory told Mr. Capel's new employer that FullStory had just learned on January 3, 2023 (the day Mr. Capel went to work for his new employer) that Mr. Capel had not returned FullStory documents. In fact, Mr. Capel had informed FullStory on December 14, 2022 of his continued access to certain FullStory documents. Additionally, after FullStory was informed on December 14, 2022 that Mr. Capel had access to certain documents, 18 days passed without action or substantive response from FullStory. Then, Mr. Capel, through counsel, repeatedly sought direction from FullStory as to how to dispose of the documents since an Employment Covenant Agreement prevented Mr. Capel from doing so without direction from FullStory. Yet, in the retaliatory and defamatory letter to Mr. Capel's employer, FullStory asserted that Mr. Capel failed to return such documents to FullStory. FullStory knew well that Mr. Capel had repeatedly, by that time, offered to return the documents or destroy them but could not do so without direction from FullStory, which had not been given; and

3. In a further and obvious attempt to retaliate against Mr. Capel for his participation in the EEOC process and opposition to FullStory's discrimination and to get Mr. Capel to drop his Title VII claim or risk termination from his new employment, FullStory demanded sworn statements from his new employer and even a forensic examination of his new employer's electronic devices.

4. Thereafter, FullStory has continued to make oppressive requests to Mr. Capel and threatened baseless litigation against him.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State or Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **April 6, 2023**     *Charging Party Signature*<br>Date | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |